Filed 11/6/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 08-41-M-DWM |
|---|---|
| Plaintiff, | VERDICT |
| vs. | |
| WILLIAM DALE NEWHOFF, JR., | |
| Defendant. | |

We the Jury, duly impaneled and sworn to try the issues in the above-entitled cause, make the following verdict:

On the charge of felon in possession of a firearm charged in Count I of the indictment, we find the defendant, WILLIAM DALE NEWHOFF, JR.

\_\_\_\_\_ Not Guilty        _X_ Guilty

On the charge of possession of a stolen firearm charged in Count II of the indictment, we find the defendant, WILLIAM DALE NEWHOFF, JR.

\_\_\_\_\_ Not Guilty        _X_ Guilty

DATED this _6_ day of November, 2008

_____
JURY FOREPERSON

1