FILED

JUL 23 2018

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM DALE NEWHOFF, <br><br> Defendant. | CR 08–41–M–DWM <br> CR 10–01–M–DWM–01 <br><br> ORDER |

The United States Probation Office having received a request from newly-appointed counsel of record, Eric Henkel, for a copy of the final presentence reports in the above-captioned cases,

IT IS ORDERED that the United States Probation Office may release a copy of the defendant's presentence investigation reports to Mr. Henkel.

DATED this 23rd day of July, 2018.

Donald W. Molloy, District Judge
United States District Court